UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. GRAHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES IMMIGRATIONS AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendants. | No. 2:19-cv-2429-TLN-EFB PS<br><br><br>ORDER |

　　　　Defendants filed a motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), which they noticed for hearing on May 6, 2020. ECF No. 10. Plaintiff has filed a request for a 28-day extension of time to file a response to defendants' motion. ECF No. 11. He claims that additional time is needed prepare a response to the pending motion. In light of his pro se status, plaintiff's request is granted.

　　　　Accordingly, it is hereby ORDERED that:

　　　　1. Plaintiff's request for an extension of time to respond to defendants' motion (ECF No. 11) is granted.

　　　　2. The hearing defendants' motion to dismiss (ECF No. 10) is continued to June 3, 2020 at 10:00 a.m. in Courtroom No. 8.

3. Plaintiff shall file an opposition to the pending motion, or a statement of non-opposition thereto, no later than May 20, 2020.

4. Defendants may file a reply to plaintiff's opposition, if any, on or before May 27, 2020.

5. The initial scheduling conference, currently set for May 20, 2020, is continued to August 5, 2020.

DATED: April 30, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE