UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. GRAHAM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | No. 2:19-cv-02429-TLN-JDP<br><br>**ORDER** |

On February 18, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 33.) No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 18, 2022, are adopted in full; and

2. Defendants' Motion to Dismiss, (ECF No. 27), is DENIED.

**DATED:** March 25, 2022

Troy L. Nunley
United States District Judge