UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. GRAHAM,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>             Defendants. | Case No.  2:19-cv-02429-TLN-JDP<br><br>ORDER DISCHARGED THE APRIL 26, 2022 ORDER TO SHOW CAUSE AND SETTING A BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS<br><br>ECF Nos. 38 & 41 |

This case was before the court on June 9, 2022, for an initial scheduling conference. ECF No. 41. Assistant United States Attorney Dean Carter appeared on behalf of defendants; plaintiff appeared pro se. Having considered the parties' status reports, ECF Nos. 36 & 40, and for the reasons stated on the record at the scheduling conference, it is hereby ORDERED that:

1. The April 26, 2022 order to show cause is discharged.

2. Defendants shall file dispositive motions on or before October 14, 2022.

3. Plaintiff shall file his responsive brief as well as any cross motions by no later than November 11, 2022.

4. Defendants may submit a reply brief, and shall file a response to any cross motions, on or before December 2, 2022.

1

5. Plaintiff may file a reply to defendants' opposition to any cross motions, if any, by December 16, 2022.

IT IS SO ORDERED.

Dated: __June 11, 2022__

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2