PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:       dean.carter@usdoj.gov
Telephone:  (916) 554-2781
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. GRAHAM,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>            Defendants. | No. 2:19-cv-02429-TLN-JDP<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 233, Defendants' motion for extension of time is GRANTED.

IT IS FURTHER ORDERED that the deadlines be extended as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Defendants' dispositive motion | October 14, 2022 | October 28, 2022 |
| Plaintiff's opposition and cross motion | November 11, 2022 | November 25, 2022 |
| Defendants' reply and opposition | December 2, 2022 | December 16, 2022 |
| Plaintiff's reply | December 16, 2022 | December 30, 2022 |

DATED: October 12, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE