UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. GRAHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-02429-TLN-JDP (PS)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 46 |

　　　　Plaintiff has filed a motion for an extension of time to file an opposition to defendants' motion for summary judgment and his cross-motion for summary judgment. Good cause appearing, it is hereby ORDERED that:

　　　　1. Plaintiff's motion for an extension of time, ECF No. 46, is granted.

　　　　2. The January 19, 2023 hearing on the parties' motions for summary judgment is continued to February 10, 2023, at 10:00 a.m., in Courtroom No. 9.

　　　　3. By no later than December 16, 2022, plaintiff shall file his opposition to defendants' motion for summary judgment and his cross-motion for summary judgment.

　　　　4. Defendants' reply and opposition to plaintiff's cross-motion shall be filed by January 6, 2023.

5. Plaintiff's reply shall be filed by January 20, 2023.

IT IS SO ORDERED.

Dated: __December 2, 2022__                    _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE

2