UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. GRAHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Case No.  2:19-cv-02429-TLN-JDP (PS)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME<br><br>ECF No. 49 |

    Plaintiff has filed a motion for a second extension of time to file an opposition to defendants' motion for summary judgment and his cross-motion for summary judgment. ECF No. 49.

    Good cause appearing, it is hereby ORDERED that:

    1. Plaintiff's motion for a second extension of time, ECF No. 49, is granted.

    2. Plaintiff's motion for summary judgment, ECF No. 50, and opposition to defendants' motion for summary judgment, ECF Nos. 51 & 52, are deemed timely.

    3. Defendants' reply and opposition to plaintiff's cross-motion shall be filed by January 13, 2023.

    4. Plaintiff's reply shall be filed by January 27, 2023.

5. The February 10, 2023 hearing on the parties' motions for summary judgment is continued to February 16, 2023, at 10:00 a.m., in Courtroom No. 9.

IT IS SO ORDERED.

Dated:   December 28, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE