UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. GRAHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:19-cv-02429-TLN-JDP (PS)<br><br>**ORDER**<br><br>SETTING STATUS CONFERENCE |

　　　　The court will hold a status conference on February 22, 2024, at 10:00 a.m.  No later than seven days before the conference, the parties shall file status reports discussing: any anticipated motions, a requested briefing schedule for any such motions, potential interest in a settlement conference, and any other measure that would secure speedy and efficient resolution of this case.

　　　　Accordingly, it is hereby ORDERED that:

　　　　1. A status conference is set for February 22, 2024, at 10:00 a.m.  The conference will be conducted via Zoom.

　　　　2. By no later than February 15, 2024, the parties shall file status reports addressing the matters identified above.

1

IT IS SO ORDERED.

Dated: ___February 7, 2024___                    _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE